THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SANDRA MIRABILE, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON.COM SERVICES LLC, A Delaware limited liability company,<br><br>　　　　　　　　Defendants. | No. 2:21-cv-00854-RAJ<br><br><u>CLASS ACTION</u><br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE (2:21-cv-00854-RAJ)

ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Tel: 561/750-3000 | Fax: 561/750-3364

1   Plaintiffs Sandra Mirabile, Mathew Merman, Diane McNealy, Michael McNealy, Mark
2   Fladd, Stephanie Fladd, and Lisa Hovasse, by and through undersigned counsel, and pursuant to
3   Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action
4   without prejudice.

DATED: August 4, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON
(admitted *pro hac vice*)


                           /s/ Stuart A. Davidson
           STUART A. DAVIDSON

PAUL J. GELLER
MAXWELL H. SAWYER
(admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
msawyer@rgrdlaw.com

STRITMATTER KESSLER
   KOEHLER MOORE
BRAD J. MOORE WSBA # 21802
3600 15th Avenue West, Suite 300
Seattle, WA  98119-1330
Telephone:  206/448-1777
206/728-2131 (fax)
brad@stritmatter.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
(applying for *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE (2:21-cv-00854-RAJ)

- 1 -

ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Tel: 561/750-3000 | Fax: 561/750-3364

THORNTON LAW FIRM LLP
GUILLAUME BUELL
(admitted *pro hac vice*)
1 Lincoln Street, 25th Floor
Boston, MA  02111
Telephone: 617/531-3933
617/720-2445 (fax)
gbuell@tenlaw.com

Attorneys for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE (2:21-cv-00854-RAJ)

ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Tel: 561/750-3000 | Fax: 561/750-3364

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2021, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

        */s/ Stuart A. Davidson*
        STUART A. DAVIDSON

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE (2:21-cv-00854-RAJ)

ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Tel: 561/750-3000 | Fax: 561/750-3364

- 3 -